IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MADREE T. GRIFFIN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:14-CV-1005-WBH |
| v. | : | |
| | : | |
| EVEREST INSTITUTE d/b/a | : | |
| CORINTHIAN SCHOOLS, INC., | : | |
| a/k/a CORINTHIAN COLLEGES, | : | |
| INC., | : | |
| Defendant. | : | |

## ORDER

Defense counsel has filed a notice informing the Court that Defendant has filed a voluntary petition for bankruptcy, [Doc. 42], which automatically stays this case pursuant to 11 U.S.C. § 362(a)(1), (6). The Clerk is hereby **DIRECTED** to administratively close the case.[1]  Either party may file a motion to reopen the case at the conclusion of the bankruptcy action.

**IT IS SO ORDERED,** this 6th day of May, 2015.

_____
WILLIS B. HUNT, JR.
Judge, U. S. District Court

---

[1] Administrative closing is a docket-control device used by the Court for statistical purposes; it does not affect the Court's jurisdiction over the case or the rights of the parties. Time will not accrue toward case filing deadlines or statutory limitation periods relevant to the existing claims while the case is administratively closed.